UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:13-cr-79-FtM-38DNF

KEVIN MARTELLO

### **ORDER**[1]

This matter comes before the Court on Defendant Kevin Martello's Motion to Modify (Terminate) Supervised Release (Doc. 54), to which the Government and the United States Probation Office oppose (Doc. 56).

Over three years ago, the Court sentenced Martello to twenty months' imprisonment and three years' supervised release for possessing cocaine with the intent to distribute. (Doc. 52). Martell has served the prison sentence but remains on supervised release until November 2018. But he now moves the Court to terminate his supervised release because he has successfully complied with the terms and "further supervision is not necessary to protect the public from further crimes, nor is it needed to reflect the seriousness of the offense." (Doc. 54 at 2). The Government and Martello's probation officer oppose termination because he has not maintained an acceptable and stable residence. (Doc. 56 at 1-2).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

A district court may order early termination of supervised release if "warranted by the conduct of the defendant released and the interests of justice" and after considering the factors in 18 U.S.C. § 3553(a). *See* 18 U.S.C. § 3583(e)(1). A court has broad discretion to grant early termination. *See United States v. McClamma*, 548 F. App'x. 598, 599 (11th Cir. 2013). But "early termination is not warranted as a matter of course; on the contrary, it is only occasionally justified due to changed circumstances of a defendant, such as exceptionally good behavior." *United States v. Reisner*, No. 4:06-cr-077-SPM, 2008 WL 3896010, at *1 (N.D. Fla. Aug. 20, 2008) (internal quotation and citation omitted)).

Here, the Court will not terminate Martello's supervised release. It weighed the § 3553(a) factors at Martello's sentencing hearing and does so again here in light of his post-conviction conduct. But Martello has not maintained a stable and acceptable residence as required. And to the extent that he has otherwise been law-abiding, the Court expects such conduct of an individual on supervised release. *See United States v. Robinson*, No. 3;88-cr-215, 2010 WL 716496, at *2 (M.D. Fla. Feb. 25, 2010) ("The [c]ourt is of the opinion that the conduct and rehabilitation efforts described by [d]efendant while commendable, are not exceptional to the extent that early termination of supervised release is warranted."); *see also Reisner*, 2008 WL 3896010, at *1 ("Full compliance, after all, is merely what is expected of all people serving terms of supervised release" (internal quotation and citation omitted)). Martell's compliance with the terms of his supervised release does not amount to exceptionally good behavior. Nor has he shown something "of an unusual or extraordinary nature" in addition to full compliance. *United States v. Etheridge*, 999 F. Supp. 2d 192, 196 (D.D.C. 2013) (citation omitted). In sum, the Court

finds that Martello's conduct and the interests of justice do not warrant termination of his supervised release. The Court thus denies his motion.

Accordingly, it is now

**ORDERED:**

Defendant Kevin Martello's Motion to Modify (Terminate) Supervised Release (Doc. 54) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, on this 2nd day of November 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record